```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                          NORTHERN DIVISION


IN RE:                              )   CASE NO: 04-20726-659
                                    )
STEVE FOSTER                        )
                                    )   CHAPTER 13
CONSTANCE E FOSTER                  )
                                    )
                 DEBTOR(S)          )


              LIST OF UNCLAIMED FUNDS AND ENTITIES
                  WHICH ARE ENTITLED TO PAYMENT
```

COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

```
GREAT SENECA/BANK ONE
702 KING FARM BLVD                       $            15.86
2 IRVINGTON CTR/WOLPOFF&ABRAMS
ROCKVILLE MD
335619              20850-5775


                                    /s/ John V. LaBarge, Jr.
                                    ------------------------------------
DATE: August 31, 2009               JOHN V. LABARGE, JR.,
                                    CHAPTER 13 TRUSTEE
                                    P.O. Box 430908
                                    St. Louis, MO 63143
XC -091                             (314) 781-8100   trust33@ch13stl.com
```